```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09977
  MICHAEL DEAN CANNELLA
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-9972


--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/18/08 and confirmed on 12/19/08.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 171524.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1387.30 | 3.28 | 1387.30 |
| FIFTH THIRD BANK | SECURED VEHIC | .00 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 90086.85 | 442.85 | 90086.85 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4600.14 | 11.50 | 4600.14 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4047.31 | 10.12 | 4047.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3417.69 | 8.54 | 3417.69 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 90086.85 | 13452.44 | .00 | 103539.29 |
| PRINCIPAL PAID | .00 | 90086.85 | 13452.44 | .00 | 103539.29 |
| INTEREST PAID | .00 | 442.85 | 33.44 | .00 | 476.29 |
| TOTAL PAID | .00 | 90529.70 | 13485.88 | .00 | 104015.58 |

```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $        .00
and was paid $       .00 .

The Trustee received $   5821.54 .

Refunds to the Debtor totaled $  61686.88 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/12/09 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE